IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

BARBARA PEREZ-VALENCIANO

Plaintiff

vs                                                                                  CIVIL 04-1484CCC

MIGUEL RESTO-GONZALEZ and the legal
conjugal partnership formed by hm and his
wife JANE DOE,
NATIONAL INSURANCE COMPANY
ABC CORPORATION
JOHN DOE
INSURANCE COMPANY XYZ

Defendants

# O R D E R

After rescheduling the April 28, 2005 pretrial/settlement conference because plaintiff's attorney did not attend and the parties did not prepare a joint proposed pretrial order, the Court rescheduled pretrial/settlement conference for June 7, 2005.  Defendants have filed a motion requesting the rescheduling of the conference (docket entry 21) due to the attorney's travel plans in June, and has included claims of lack of production of medical record. This situation, defendants claim, has precluded them from deposing plaintiffs and from retaining an expert, and performing an independent medical evaluation.

Although the Court grants the motion for continuance, the additional request to extend discovery beyond the already extended March 31, 2005 deadline is DENIED.  The initial January 7, 2005 discovery deadline was established since August 11, 2004 (docket entry 4) and extended in endorsed order on February 14, 2005 (docket entry 15) until March 31, 2005 precisely because of the need to complete plaintiff's medical records before taking depositions.  It is not until the eve of the pretrial conference that the discovery difficulties are once again brought before the Court.  Had this been raised sooner, corrective action could have been taken.

Accordingly, the late request for the extension of the discovery deadline is DENIED. The  pretrial conference is reset for July 19, 2005 at 4:45 p.m.

The trial remains as scheduled for August 11, 2005.

    SO ORDERED.

    At San Juan, Puerto Rico, on May 24, 2005.

                                        S/CARMEN CONSUELO CEREZO
                                        United States District Judge